**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6203**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRY R. BIBB,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. James H. Michael, Jr., Senior District Judge. (CR-97-56)

———————

Submitted: April 12, 2001        Decided: April 19, 2001

———————

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Barry R. Bibb, Appellant Pro Se. Jean Barrett Hudson, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry R. Bibb appeals the district court's order denying his motion for calculation of a term of imprisonment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Bibb, No. CR-97-56 (W.D. Va. Jan. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED